UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT KAPLAN and JEFF ROACH, )<br>on behalf of themselves and all )<br>others similarly situated, )<br>    ) <br>    Plaintiffs, ) <br>      v.    ) <br>    ) <br>FULTON STREET BREWERY, LLC ) <br>d/b/a Goose Island Beer Company, ) <br>    ) <br>    Defendant. ) | CIVIL ACTION<br>NO.  17-10227-JGD |

# ORDER OF DISMISSAL

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated May 11, 2018 allowing the defendant's motion to dismiss with prejudice, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                              ROBERT M. FARRELL,
                              CLERK OF COURT


                              / s / Jolyne D'Ambrosio
                              By:  Deputy Clerk

DATED:  May 11, 2018